E-FILED
Friday, 13 August, 2021 10:19:12 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHARLES WADE WAGNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-CV-01208-JBM-JEH |
| | ) | |
| TAZEWELL & PEORIA RAILROAD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT TAZEWELL & PEORIA RAILROAD, INC.'S MOTION TO STRIKE THE EXPERT WITNESS TESTIMONY OF DR. LAUREN RASMUSSEN AND REQUEST FOR ORAL ARGUMENT**

Defendant, Tazewell & Peoria Railroad, Inc. ("TZPR"), by its counsel, Thompson Coburn LLP, for its Motion to Strike the Expert Witness Testimony of Dr. Lauren Rasmussen and Request for Oral Argument, states as follows:

1. On January 7, 2019, Plaintiff Charles Wagnon was operating the tugboat M/V Zeus on the Illinois River, when it struck the bridge span of the Peoria & Pekin Railway bridge ("P&PU bridge") as it lowered.

2. Plaintiff filed the instant action against TZPR, claiming that the TZPR bridge tender was negligent because he prematurely lowered the bridge and caused the allision.

3. Plaintiff alleges he has post-traumatic stress disorder ("PTSD"). (Doc. 1, par. 4, par. 16, incorporated by reference into Doc. 4, par. 2).

4. TZPR seeks to exclude a portion of the expert opinion expressed by Plaintiff's expert Dr. Lauren Rasmussen in this cause.

5. Dr. Rasmussen's methodology regarding his PTSD diagnosis for this Plaintiff is unreliable and unverifiable. Dr. Rasmussen's diagnosis violates Fed. R. Evid. 702 and 703 and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), and should not be admitted.

6. TZPR incorporates herein by reference its Memorandum in Support of its Motion to Strike the Expert Witness Testimony of Dr. Lauren Rasmussen, filed contemporaneously herewith.

**ORAL ARGUMENT REQUESTED**

7. Defendant Tazewell & Peoria Railroad, Inc. requests oral argument on this Motion. The Motion presents an ultimately dispositive issue, and oral argument will help ensure a proper resolution and disposition of the case.

WHEREFORE, for the foregoing reasons, Defendant Tazewell & Peoria Railroad, Inc. respectfully requests that this Court enter an order barring the PTSD diagnosis of Dr. Rasmussen, and granting such further relief as the Court deems appropriate.

Respectfully submitted,

THOMPSON COBURN LLP

By s/ Kurt E. Reitz

Kurt E. Reitz, #06187793
525 West Main Street, Suite 300
Belleville, Illinois 62220
618-277-4700
FAX 618-236-3434
kreitz@thompsoncoburn.com

*Attorney for Defendant Tazewell & Peoria Railroad, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Kurt E. Reitz